UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVISION COMMUNICATIONS INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> UNIMUNDO CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:15-mc-91007 <br><br> TTAB Cancellation No.: <br> 92054050 |

## PLAINTIFF UNIVISION'S MOTION TO COMPEL
## <u>DEPOSITION TESTIMONY</u>

Pursuant to Federal Rule of Civil Procedure 45(c)(2)(B) and Massachusetts Local District Court Rule 37.1, Plaintiff Univision Communications Inc. ("Univision") hereby moves to compel witness testimony from Unimundo Corporation ("Unimundo.") On October 16, 2014, Univision served a notice of trial deposition of Marcus Fontain, President and Chief Executive Officer of Unimundo. The deposition was scheduled to be take place on November 20, 2014.

Because there is no basis for Unimundo's refusal to comply, Univision respectfully requests that this Court issue a subpoena compelling Marcus Fontain, President and Chief Executive Officer of Unimundo, to appear for a deposition on written questions. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law and Affidavit of Ellie Hourizadeh in Support of Univision's Motion to Compel.

        Respectfully Submitted,

        Univision Communications Inc.

        By its attorneys,

        */s/ Bridget K. O'Connell*
        Bridget K. O'Connell, BBO #676309
        McDermott Will & Emery, LLP
        28 State Street
        Boston, Massachusetts 02109
        Telephone:  (617) 535-4000
        boconnell@mwe.com

Dated: January 8, 2015

## CERTIFICATE OF CONSULTATION
## PURSUANT TO LOCAL RULES 7.1 AND 37.1

    I hereby certify that Univision counsel has made several attempts to confer with counsel for Unimundo and has attempted in good faith to resolve or narrow the issues presented by this Motion and has complied with the provisions of Local Rules 7.1 and 37.1.  Details of the discovery conferences are described in the accompanying Memorandum and Affidavit of Ellie Hourizadeh.

        */s/ Bridget K. O'Connell*
        Bridget K. O'Connell

## CERTIFICATE OF SERVICE

    I, Bridget K. O'Connell, hereby certify that on the 8th day of January, 2015, a true and correct copy of the foregoing document was served by electronic and U.S. Mail on Unimundo Corporation at the following:

    UNIMUNDO CORPORATION
    9370 Fields Ertel Road
    P.O. Box 49883
    Cincinatti, OH 45249
    mail@unimundo.tv

        */s/ Bridget K. O'Connell*
        Bridget K. O'Connell